UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| F.R.R., §<br>*Petitioner* §<br>§<br>v. §<br>§<br>JOSE RODRIGUEZ JR., WARDEN, SOUTH §<br>TEXAS FAMILY RESIDENTIAL CENTER §<br>et al.; §<br>*Respondents* § | Case No. SA-25-CA-01564-XR |

## ORDER FOR RELEASE OF PETITIONER TO FAMILY MEMBER

THIS MATTER comes before the Court in response to an oral motion by the Respondents seeking clarification of the Court's Order of immediate release of the Petitioner. *See* ECF No. 9 at 16, #1. As the Petitioner is a minor, it has been represented to the Court that a family member of Petitioner is willing and able to take the Petitioner into her care. It has been represented to this Court that neither the family member, nor any of the family member's household members, have any criminal history. The family member's information is as follows:

    Full Name:              Deillsi Vanessa Tobias
    Date of Birth:          09/23/1984
    Address:                147 Spanish Oak Rd., Dale, TX 78616
    Phone Number:           (346) 461-8736
    Relationship to child:  Petitioner's Cousin's Spouse
    Status:                 US Citizen by birth

It is **ORDERED** that the Respondents **RELEASE** Petitioner F.R.R. from custody directly into the care of **Deillsi Vanessa Tobias** by no later than 5:00 pm on December 7, 2025, regardless of any DHS policy or regulation that DHS may assert to limit or prohibit the immediate release of Petitioner.

It is so **ORDERED**.

**SIGNED** this 6th day of December, 2025.

                                                XAVIER RODRIGUEZ
                                                UNITED STATES DISTRICT JUDGE